# Court of Appeals
# of the State of Georgia

ATLANTA,  September 04, 2020

*The Court of Appeals hereby passes the following order:*

**A20A2103. WILLIAM MILLER v. THE STATE.**

William Miller pleaded guilty to aggravated battery and was sentenced to ten years to serve four on October 17, 2019. After the imposition of his sentence, Miller filed four motions to withdraw his guilty plea, and on November 15, 2019, the trial court entered separate orders denying each of Miller's motions. On March 2, 2020, Miller filed a notice of appeal. We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Miller's notice of appeal, filed 137 days from the imposition of his sentence and 108 days from the trial court's denial of his motions to withdraw his guilty plea, is untimely. Accordingly, this appeal must be DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/04/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*